## The People of the State of Illinois, Plaintiff-Appellee, v. Sherman Steward, Defendant-Appellant.

**Gen. No. 64–66.**

Fifth District.

June 30, 1966.

Richard E. Boyle, of East St. Louis, for appellant; John M. Karns, Jr., State's Attorney of St. Clair County, of Belleville (John F. O'Connell, Assistant State's Attorney, of counsel), for appellee. Opinion by PRESIDING JUSTICE GOLDENHERSH. Not to be published in full.